# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY DIAZ, <br><br> Plaintiff, <br><br> v. <br><br> MARC AVENT, <br><br> Defendant. | CASE NO. 5:16-CV-01861-CAS (SK) <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART DEFENDANT'S MOTION TO DISMISS** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all relevant records in this case and the attached Report and Recommendation of the U.S. Magistrate Judge. The time for objections has passed with none filed. The Court thus concurs with and accepts the findings, conclusions, and recommendations of the U.S. Magistrate Judge.

THEREFORE, Defendant's Motion to Dismiss is GRANTED in part and DENIED in part, as set forth in the Report and Recommendation. Defendant Marc Avent must file his answer to the surviving claim in the complaint, as described in the Report and Recommendation, within 14 days of this order. *See* Fed. R. Civ. P. 12(a)(4)(A). The case remains referred to the assigned Magistrate Judge for pretrial proceedings.

**IT IS SO ORDERED.**

DATED: February 6, 2020

CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE