JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY DIAZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARC AVENT,<br><br>　　　　Defendant. | Case No. EDCV 16-01861-CAS (SKx)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ORDERED AND ADJUDGED that defendant's renewed motion for summary judgment is granted and that this action is dismissed with prejudice.

DATE: 01/03/2025

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE